# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
## Nashville Division

| | |
|---|---|
| Deago Buck | Case No. 3:25-cv-00677 |
| v. | Judge Eli J. Richardson |
| Goyim Defense League, Jon Minadeo II, Ryan Scott McCann, Nicholas Alan Bysheim, Louie Dunn, Colby Alexander Franks, Zane Fenton Morris, and John Does 1-10 | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Arusha Gordon hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiff Deago Buck.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: US District Court for the District of Columbia

    Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

    N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

    N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

    N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Ben Raybin
Raybin & Weissman
424 Church Street, Suite 2120
Nashville, TN 37219

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Arusha Gordon  Signature

Name: Arusha Gordon
State where admitted and State Bar Number: Washington DC, 1035129
Business Address: 400 Washington Avenue, Montgomery, AL 36104
Local Address [if different from above]: 424 Church Street, Ste. 2120, Nashville, TN 37219
Phone: 301-233-1349
Email: arusha.gordon@splcenter.org

# CERTIFICATE OF SERVICE

[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 10 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF.  For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion  phv@tnmd.uscourts.gov.

 

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## ARUSHA  GORDON

was, on the ____4th____ day of ____June____ A.D. ____2018____ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ____23rd____ day of ____May____ A.D. ____2025____.



**ANGELA D. CAESAR,** Clerk of Courts

By: ____/s/ Ángeles Brown____

**Deputy Clerk**