UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Deago Buck,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Goyim Defense League, *et al.*,<br><br>　　Defendants. | Case No. 3:25-cv-00677<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

**PLAINTIFF'S MOTION FOR
LEAVE TO FILE SUR-REPLY**

Plaintiff Deago Buck moves for leave to file the attached sur-reply in opposition to Defendants Goyim Defense League, Jon Minadeo II, Ryan Scott McCann, Nicholas Alan Bysheim, Zane Fenton Morris, and Louie Dunn's ("Defendants") Motions to Dismiss for Lack of Jurisdiction for the purpose of responding to new arguments raised in Defendants' Reply. (Docs. No. 22 and 28). Pursuant to LR. 7.01(a)(1), Plaintiff conferred with counsel for the represented defendants. He does not oppose the relief requested.

Respectfully submitted,

/s/ *[signature]*
Huey Fischer García
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Phone: (504) 884-7680
Fax: (404) 377-0708
huey.fischergarcia@splcenter.org

1

Elizabeth Littrell
Admitted pro hac vice
Georgia Bar No. 454949

Scott D. McCoy
Admitted pro hac vice
Florida Bar No. 1004965

Arusha Gordon
Admitted pro hac vice
D.C. Bar No. 1035129

Huey Fischer García
Admitted pro hac vice
Louisiana Bar No. 39571

**JOSEPH GREENWALD & LAAKE, PA**
Erika Jacobsen White
6404 Ivy Ln., Ste. 400
Greenbelt, Maryland 20770
Admitted pro hac vice
Maryland Bar No. 21815

**RAYBIN & WEISSMAN, P.C.**
Ben Raybin
424 Church Street, Suite 2120
Nashville, Tennessee 37219
Phone: (615) 256-6666
Fax: (615) 254-4254

*Counsel for Plaintiff.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that this August 27, 2025, he has delivered Plaintiff's Response in Opposition to Defendants' Motions to Dismiss via ECF to attorney **Drew Justice**, attorney for Defendants Goyim Defense League, Jon Minadeo, Ryan McCann, Nicholas Bysheim, Zane Morris and Louis Dunn; and by the United States Postal Service to the unrepresented party at the following last known addresses:

Colby Alexander Frank
10440 Cranston St
Spring Hill, FL 34608

/s/
Huey Fischer García
*Counsel for Plaintiff.*