This motion (Doc. No. 33), being unopposed, is GRANTED. The Clerk shall enter the attached sur-reply (Doc. No. 33-1) in opposition to Defendants Motions to Dismiss for Lack of Jurisdiction (Doc. Nos. 22 and 28).

*Eli Richardson*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Deago Buck,<br><br>    Plaintiff,<br><br>v.<br><br>Goyim Defense League, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-00677<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

### PLAINTIFF'S MOTION FOR
### LEAVE TO FILE SUR-REPLY

    Plaintiff Deago Buck moves for leave to file the attached sur-reply in opposition to Defendants Goyim Defense League, Jon Minadeo II, Ryan Scott McCann, Nicholas Alan Bysheim, Zane Fenton Morris, and Louie Dunn's ("Defendants") Motions to Dismiss for Lack of Jurisdiction for the purpose of responding to new arguments raised in Defendants' Reply. (Docs. No. 22 and 28). Pursuant to LR. 7.01(a)(1), Plaintiff conferred with counsel for the represented defendants. He does not oppose the relief requested.

                                                            Respectfully submitted,

                                                            /s/
                                                            Huey Fischer García
                                                            **SOUTHERN POVERTY LAW CENTER**
                                                            400 Washington Avenue
                                                            Montgomery, Alabama 36104
                                                           Phone: (504) 884-7680
                                                           Fax: (404) 377-0708
                                                           huey.fischergarcia@splcenter.org