# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| Deago Buck, <br><br> Plaintiff, <br><br> v. <br><br> Goyim Defense League, et al., <br><br> Defendants. | Case No. 3:25-cv-00677 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

§ STATE OF LOUISIANA
§ PARISH OF ORLEANS

## AFFIDAVIT OF SERVICE OF PROCESS VIA REFUSAL OF DELIVERY ON DEFENDANT JON MINADEO II

Before me, the undersigned authority, personally came and appeared, Huey Fischer García of Orleans Parish, Louisiana, who after being duly sworn, deposed as follows:

I, Huey Fischer García, being of sound mind acknowledge and understand that any intentional falsification of information I am about to provide shall subject me to penalties for the crime of injuring public records and false swearing.

I HEREBY AFFIRM AND ATTEST, under penalty of law, that my full name is Huey Lagarto Rey Fischer García. I am 33 years old and I reside in Orleans Parish, Louisiana. I am a staff attorney at the Southern Poverty Law Center and counsel for Plaintiff Deago Buck in the civil lawsuit styled as *Buck vs. Goyim Defense League, et al.*, Cause No. 3:25-cv-677. This lawsuit is pending before the United States District Court for the Middle District of Tennessee.

Pursuant to Tennessee law and the Federal Rules of Civil Procedure that authorize service by mail, on July 10, 2025, the Southern Poverty Law Center sent via U.S.P.S. Certified Mail: a copy of the *Complaint*, an electronically signed summons, a litigation hold letter, and a *Notice of Hearing*. These documents were sent to Jon Minadeo II, at his last known address, 3456 East Linwood Drive,

Springfield, MO 65809. The certified mail receipt number, provided by the United States Postal Service for this service packet is #9589071052701953623114.

A true and correct copy of the returned envelope with the PS Form 3811, a.k.a. the "Green Card" or the "Return Receipt," is attached to this affidavit as **Exhibit A**. The letters "REF" appear on the envelope, indicating that the addressee refused to accept delivery.

A true and correct copy of a screenshot of the U.S.P.S. website for tracking #9589071052701953623114 is attached as **Exhibit B**. I personally accessed and captured this screenshot of the website (https://tools.usps.com/) on September 12, 2025. It shows service was refused on July 15, 2025.

Pursuant to Fed. R. Civ. P. 4(e)(1) and Tenn. R. Civ. P. 4.05(5), service of summons upon Jon Minadeo II is "actual and valid" when "the addressee, or the addressee's agent, refuses to accept delivery, and it is so stated in the return receipt of the United States Postal Service, the written return receipt, if returned and filed in the action.

Further, service on Jon Minadeo II has been waived through his conduct in filing a *Motion to Dismiss* on July 31, 2025."

I attest to nothing further in this Affidavit.

Thus done, read and signed in the Parish of Orleans, State of Louisiana, this 12th day of September, 2025.

Huey Fischer García, Affiant

§ State of Louisiana
§ Parish of Orleans

On this 12 day of September 2025, before me personally appeared Huey Fischer García, to me known to be the person described in and who executed the foregoing instrument and acknowledged that he executed it as his free act and deed.

_____ #180933
Notary Public
My commission expires on

at death_____.