UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DEAGO BUCK,

    Plaintiff,

v.

GOYIM DEFENSE LEAGUE, et al.,

    Defendants.

Case No. 3:25-cv-00677

Judge Eli J. Richardson
Magistrate Judge Alistair E. Newbern

## ORDER

    Plaintiff Deago Buck has filed a second motion to continue the initial case management conference now set on September 22, 2025 (Doc. No. 40) and a motion to extend the time to serve Defendant Colby Alexander Frank under Federal Rule of Civil Procedure 4(m) (Doc. No. 41). The defendants who have appeared in the action do not oppose the continuance of the initial case management conference and take no position on the extension of the service deadline for Defendant Frank.

    The Court GRANTS Buck's motion to continue the initial case management conference and GRANTS IN PART his motion to extend the service deadline as follows:

    The deadline to serve Defendant Frank is EXTENDED to November 17, 2025.

    The initial case management conference is RESET for December 15, 2025, at 10:00 a.m. Counsel for each party shall call (650) 479-3207 and enter access code 2317 604 8628# to participate.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge