# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DEAGO BUCK<br>ANTIFASCIST TERRORIST,<br><br>v.<br>COLBY ALEXANDER FRANK<br>FASCIST COUNTER-TERRORIST. | Case No.: **3:25-cv-00677**<br><br>MOTION TO DISMISS UNDER FED. R. CIV. P 12(B)(4)&12(B)(5) FOR INSUFFICIENT PROCESS AND SERVICE OF PROCESS |

RECEIVED
NOV 2 5 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## SPECIAL APPEARANCE MOTION TO DISMISS FOR INSUFFICIENT PROCESS AND INSUFFICIENT SERVICE OF PROCESS

Defendant, Colby Alexander Frank, moves this Honorable Court to dismiss the Complaint against him pursuant to Federal Rule of Civil Procedure 12(b)(4) for insufficiency of process and Rule 12(b)(5) for insufficiency of service of process. The service attempt documented in the RETURN OF SERVICE (Document 44) contains multiple deficiencies that render service invalid under the Federal Rules of Civil Procedure and applicable state statutes.

## FACTUAL BASIS FOR MOTION

The Return of Service filed on November 7, 2025 , asserts that service was made on November 5, 2025 , via SUBSTITUTE service by delivering the documents to a "MR. FRANKS as FATHER/CO-RESIDENT" at 1081 COD STREET, NORTH PORT, FL 34286. The server further noted that this person refused to accept the documents, but stated they could be left at the door, which the server did. This is false, Mr. Frank does not accept documents.

The following deficiencies contradict the requirements for valid service:

**1. Insufficiency of Process (Rule 12(b)(4)) - Discrepancy in Address:** The address where service was attempted (1081 COD STREET, NORTH PORT, FL 34286 ) is not the address listed for Defendant Colby Alexander Franks on the Summons issued by the Court. The Summons lists the Defendant's address as 10440 Cranston St, Spring Hill, FL 34608. Service at an address different from the one designated on the Summons constitutes a defect in the process itself.

**2. Insufficiency of Service (Rule 12(b)(5)) - Not Defendant's Abode/Residence:** The address served (1081 COD STREET, NORTH PORT, FL 34286 ) is not the Defendant Colby Alexander Franks' usual place of abode or a residence where he currently resides, contrary to the server's affirmation.

**3. Process Server Committed Perjury:** Mr. Frank has had two intereactions with this process server at 1081 Cod Street North Port, Florida. Twice he has told this process server that Defendant Frank does not live at the abode. The process server was instructed to leave the documents by their employer—sewer service—because Mr. Frank at 1081 Cod Street North Port, Florida does not accept documents and because Defendant Frank does not live there.

**4. Insufficiency of Service (Rule 12(b)(5)) - Lack of Proper Notification:** The server's description of the events contradicts proper notice. The person served "refused to state whether or not the Defendant is married" and "refused to state whether or not the Defendant is in the Military Service". Furthermore, the individual refused to accept the documents. The process server then left the documents "at the front door," which is insufficient for valid substitute service,

especially where the documents were not actually delivered to or accepted by a qualified person residing therein. The process server lied under oath.

**5. Defendant's Father is Legally Disabled & Has Two No Tresspassing Signs:** Defendant Frank's actual father is legally disabled and therefore documents cannot be left with him. Mr. Frank has two "no tresspass," signs on his property at 1081 Cod Street North Port, Florida, where Defendant Frank does not live, that were ignored twice.

For the foregoing reasons, Defendant Colby Alexander Frank respectfully requests this Court enter an Order dismissing the Complaint against him without prejudice for **insufficiency of process** (Rule 12(b)(4)) and **insufficiency of service of process** (Rule 12(b)(5)).

/s/ Colby Alexander Frank
Colby Alexander Frank
*Propria Persona & Beneficiary*
UCC 1-308: *Without Prejudice*



From: Colby A. Frank

To: U.S. District Court
Attn: Clerk
Middle District Tennessee
719 Church St. Room 1300
Nashville, TN 37203

RECEIVED
NOV 25 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

U.S. POSTAGE PAID
FCM LETTER
SANTA ROSA BEACH
FL 32459
NOV 17, 2025
$6.08
S2324E500178-09

9589 0710 5270 3350 0354 08
CERTIFIED MAIL