IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEAGO BUCK, | ) | |
| Plaintiff, | ) ) ) | NO. 3:25-cv-00677 |
| v. | ) ) | JUDGE RICHARDSON |
| GOYIM DEFENSE LEAGUE, et al., | ) ) | |
| Defendants. | ) ) | |

## ORDER

Pending before the Court is a "Motion to Dismiss for Lack of Jurisdiction" (Doc. No. 22, "GDL Motion") filed by Defendant Goyim Defense League, Defendant John Minadeo II, Defendant Ryan Scott McCann, Defendant Nicholas Alan Bysheim, and Defendant Zane Fenton Morris. Also pending before the Court is a "Motion to Dismiss for Lack of Jurisdiction" (Doc. No. 28, "Dunn Motion," and, collectively with the GDL Motion, "Motions"), filed by Defendant Louie Dunn and asserting the same grounds as the GDL Motion.[1] In support of the GDL Motion, Defendant Goyim Defense League, Defendant John Minadeo II, Defendant Ryan Scott McCann, Defendant Nicholas Alan Bysheim, and Defendant Zane Fenton Morris filed a memorandum of law (Doc. No. 23) which the Dunn Motion later purported to join.[2] (Doc. No. 28 at 1). Plaintiff, Deago Buck, has filed a response (Doc. No. 29) in opposition to the Motions. Defendant Goyim Defense League, Defendant John Minadeo II, Defendant Ryan Scott McCann, Defendant Nicholas Alan Bysheim, Defendant Zane Fenton Morris, and Defendant Louie Dunn have filed a reply (Doc.

---

[1] Defendant Colby Alexander Franks joined neither of the Motions.

[2] The Court accepts that Defendant Louie Dunn "joined onto" the Opening Brief so that the arguments therein were applied by the Court to the Dunn Motion in the accompanying Memorandum Opinion.

No. 30) in further support of the Motions. Plaintiff has filed a sur-reply (Doc. No. 36) in further opposition to the Motions.

For the reasons stated in the accompanying Memorandum Opinion, the Motions (Doc. Nos. 22, 28) are DENIED in full.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE