UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Deago Buck,<br><br>　　Plaintiff,<br><br>v.<br><br>Goyim Defense League, Jon Minadeo II, Ryan Scott McCann, Nicholas Alan Bysheim, Louie Dunn, Colby Alexander Franks, Zane Fenton Morris, and John Does 1-10,<br><br>　　Defendants. | Case No. 3:25-cv-00677<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## NOTICE OF WITHDRAWAL AS COUNSEL

The undersigned attorney for plaintiff, Elizabeth Littrell, files this notice of withdrawal as co-counsel of record in this matter. The undersigned has taken other employment and respectfully requests to be relieved from her duties in this case.

Plaintiff Deago Buck will remain well-represented by remaining counsel:

**Arusha Gordon**
*Admitted pro hac vice*
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
301-233-1349
Email: arusha.gordon@splcenter.org

**Benjamin K. Raybin**
Raybin & Weissman, P.C.
424 Church Street
Suite 2120
Nashville, TN 37219
(615) 256-6666
Fax: (615) 254-4254
Email: braybin@nashvilletnlaw.com

**Erika Jacobsen White**
*Admitted pro hac vice*
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane
Suite 400
Greenbelt, MD 20770
(240) 553-1217
Email: ewhite@jgllaw.com

**Huey Lagarto Rey Fischer Garcia**
*Admitted pro hac vice*
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
504-884-7680
Email: huey.fischergarcia@splcenter.org

**Scott D. McCoy**
*Admitted pro hac vice*
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
334-922-0293
Email: scott.mccoy@splcenter.org

**RESPECTFULLY SUBMITTED** this, the 4th day of February 2026.

        **ELIZABETH LITTRELL**

        *s/ Elizabeth Littrell*
        Elizabeth Littrell
        *Admitted pro hac vice*
        Georgia Bar No. 454949
        **SOUTHERN POVERTY LAW CENTER**
        400 Washington Avenue
        Montgomery, Alabama 36104
        Fax: (404) 377-0708

        *Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that this February 4, 2026, she has delivered this Notice of Withdrawal as Counsel via ECF to attorney **Drew Justice**, attorney for Defendants Goyim Defense League, Louie Dunn, Jon Minadeo, Ryan McCann, Nicholas Bysheim, and Zane Morris; and that, on February 4, 2026, she will place in the mail for delivery by the United States Postal Service to the unrepresented defendant at the following last known address:

**Colby Alexander Frank**
1081 Cod Street
North Port, Florida 34286

*s/ Elizabeth Littrell*
Elizabeth Littrell