IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEAGO BUCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:25-cv-00677 |
| | ) | |
| GOYIM DEFENSE LEAGUE, ET AL., | ) | JUDGE RICHARDSON |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A)

and (B), this case is referred to the Magistrate Judge for entry of a scheduling order; for decision

on all pretrial, non-dispositive motions; and for reports and recommendations on all dispositive

motions.

IT IS SO ORDERED.

_Eli Richardson_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE