# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| Deago Buck, | |
| Plaintiff, | Case No. 3:25-cv-00677 |
| v. | Judge Eli J. Richardson |
| | Magistrate Judge Alistair E. Newbern |
| Goyim Defense League, et al., | |
| Defendants. | |

## SCHEDULING ORDER

Before the Court is Plaintiff Deago Buck's *Motion for Extension of Certain Deadlines*. The

motion is unopposed by the represented defendants.

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The scheduling order for the

above-captioned matter is **SET** as follows:

| | |
|---|---|
| Deadline for serving all written discovery | Monday, June 15, 2026 |
| Deadline for completing all written discovery | Monday, July 27, 2026 |
| Depositions of all fact witnesses | Monday, July 27, 2026 |
| Disclosure of Plaintiff's and Counter-Plaintiffs' expert witnesses and reports on matters for which they bear the burden of proof | Friday, August 14, 2026 |
| Disclosure of Defendant's and Counter-Defendant's expert witnesses and reports on matters for which they bear the burden of proof | Friday, September 4, 2026 |
| Disclosure of all responsive experts and reports. | Thirty days after other side's expert reports |
| Depositions of all expert witnesses | Friday, October 16, 2026 |
| Deadline for filing dispositive motions | Wednesday, October 28, 2026 |
| Responses to dispositive motions | 28 days after the filing of the motion |
| Optional replies in support of dispositive motions | 14 days after the filing of the response |
| Motions in Limine and Objections to Experts | February 15, 2027 |
| Joint Proposed Pretrial Order | February 22, 2027 |
| Responses to Motions in Limine or Objections to Experts | February 22, 2027 |
| Exchange of Exhibits | February 15, 2027 |
| Pretrial Conference | March 1, 2027 at 8:30 a.m. |
| Trial | March 9, 2027 at 9 a.m. |

All other directives set forth in the Court's *Initial Case Management Order* and *Order Setting Case for Trial* remain. Docs. No. 56 and 60.

SIGNED THIS __30th__ DAY OF MARCH 2026 IN DAVIDSON COUNTY, TENNESSEE.

UNITED STATES MAGISTRATE JUDGE