# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Nashville Division

Deago Buck

Case No. 3:25-cv-00677

v.

Goyim Defense League, Jon Minadeo II, Ryan Scott McCann, Nicholas Alan Bysheim, Louie Dunn, Colby Alexander Frank, Zane Fenton Morris, and John Does 1-10

Judge Eli J. Richardson

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Joseph Yarbough hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiff Deago Buck.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court:

United States District Court for the District of Columbia

Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Ben Raybin
Raybin & Weissman
424 Church Street, Suite 2120
Nashville, TN 37219

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Joseph Yarbough

/s/ _____ Signature

Name: Joseph Yarbough

State where admitted and State Bar Number: District of Columbia, #1022226

Business Address: 400 Washington Ave, Montgomery, AL 36104

Local Address [if different from above]: 424 Church Street, Ste 2120, Nashville, TN 37219

Phone: (475) 392-2235

Email: joseph.yarbough@splcenter.org

# CERTIFICATE OF SERVICE

[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]

I, Ben Raybin, hereby certify that on May 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to counsel of record via the ECF system, and mailed a copy with postage prepaid to the pro se defendant at the last known address as listed below:

Colby Alexander Frank
1081 Cod Street
North Port, Florida 34286

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 10 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion phv@tnmd.uscourts.gov.

 

# United States District & Bankruptcy Courts
## for the District of Columbia
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court

for the District of Columbia, do hereby certify that:

## JOSEPH   YARBOUGH

was, on the ___4th___ day of ___March___ A.D. ___2019___ admitted  to

practice as an Attorney at Law at the Bar of this Court, and is, according to

the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of

said Court in the City of Washington this ___17th___ day of ___March___

A.D. ___2026___.



**ANGELA D. CAESAR,** Clerk of Courts

By: _____/s/ Hannah Norton_____

**Deputy Clerk**